UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS NEAL ELLIOTT,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent.<br>_____/ | No. C-12-2568 EMC (pr)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME; AND DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**(Docket Nos. 6, 7)** |

    Respondent's request for an extension of time to respond to the petition for writ of habeas corpus is **GRANTED**. (Docket # 6.) The Court now sets the following new briefing schedule on the petition: On or before **November 2, 2012**, Respondent must file and serve on Petitioner his response. On or before **December 7, 2012**, Petitioner must file and serve on Respondent's counsel his traverse.

    Petitioner has requested that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent

///

///

///

due process violations. *See id.* The interests of justice do not require appointment of counsel at this time. The issues raised in the petition are not especially difficult and were briefed by counsel during the state court appeal. The request for appointment of counsel is **DENIED**. (Docket # 7.)

IT IS SO ORDERED.

Dated: October 17, 2012

_____
EDWARD M. CHEN
United States District Judge